**MARA LAW FIRM PC**
DAVID MARA, Esq., Bar No. 230498
dmara@maralawfirm.com
TONY ROBERTS, Esq., Bar No. 315595
troberts@maralawfirm.com
2650 Camino Del Rio North, Suite 205
San Diego, CA 92108
Telephone 619.234.2833
Facsimile 619.234.4048

Attorneys for Plaintiff Allan Ortega,

**McGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
     Email: mkane@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
     Email: sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Tel:    (310) 315-8200
Fax:    (310) 315-8210

Sylvia J. Kim (SBN 258363)
     Email:  skim@mcguirewoods.com
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:  415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant Watkins and Shepard Trucking, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN ORTEGA, on behalf of himself, all others similarly situated and on behalf of the general public,<br><br>          Plaintiff,<br><br>     vs.<br><br>WATKINS AND SHEPARD TRUCKING, INC.; and DOES 1 through 10,<br><br>          Defendants. | CASE NO.  5:18-cv-02414-DOC-KK<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:              Hon. David O. Carter<br>Courtroom:       9D<br>Complaint Filed:  October 10, 2018<br>FAC Filed:        December 20, 2018<br>SAC Filed:        April 15, 2019<br>Removed:          November 14, 2018<br>Trial Date:        October 27, 2020 |

---

**NOTICE OF SETTLEMENT**

Plaintiff Allan Ortega ("Plaintiff"), and Defendant Watkins and Shepard Trucking, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, submit this Notice of Class Action Settlement, and inform the Court as follows:

As a result of a mediation the Parties participated in on December 3, 2019, a long-form, formal settlement agreement for a proposed class action settlement agreement is being prepared for court-approval.  Part of that present drafting involves working out whether and in what manner the proposed settlement in this action will be combined with a proposed settlement reached in a pending state court putative class action against Defendant in *Snow v. Watkins and Shepard,* San Bernardino Superior Court (Case No. CIVDS1823509), for settlement approval purposes.  Accordingly, the Parties request that the Court vacate all scheduled dates and deadlines in this action and set a 60-day deadline by which a motion for preliminary approval will be filed in this action, a stipulation regarding dismissal or remand will be filed, or a joint report on the status of finalizing the proposed settlement will be filed.

DATED:  January 30, 2020    **MARA LAW FIRM PC**

By: _/s/ Tony Roberts_
David Mara, Esq.
Tony Roberts, Esq.
Attorneys for Plaintiff Allan Ortega

DATED: January 30, 2020    **MCGUIREWOODS LLP**

By: _/s/ Matthew C. Kane_
Matthew C. Kane, Esq.
Sabrina A. Beldner, Esq.
Sylvia J. Kim, Esq.

Attorneys for Defendant Watkins and Shepard Trucking, Inc.

1
**NOTICE OF SETTLEMENT**

I attest that all signatories listed above, and on whose behalf this Notice of Settlement is submitted, have concurred in and authorized the filing of the Notice of Settlement.

/s/ *Tony Roberts*

**NOTICE OF SETTLEMENT**